IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>BHT CONSTRUCTIONS LLC,<br><br>Defendant. | Civil Action No. 19-cv-62145-WPD-LSS |

## CONSENT DECREE

The Consent Decree ("Decree") is made and entered into by and between Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), and Defendant BHT Constructions LLC ("BHT") (collectively the "Parties").

## I. INTRODUCTION

1. EEOC filed this action on August 27, 2019 pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 ("Title I") to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Colleen M. Bendel ("Charging Party" or "Bendel"), who was adversely affected by such practices.

2. EEOC alleges that BHT subjected Ms. Bendel to discrimination based on her sex by failing to hire her because of her sex. EEOC further alleges that BHT failed to make and preserve records in violation of Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c).

3. BHT denies these allegations and states that, by entering into this Consent Decree, it admits no wrongdoing or violation of the law.

4. In the interest of resolving this action without further litigation and adjudication, the Parties agree that this action should be fully and finally resolved by the entry of this Consent Decree.

5. No waiver, modification, or amendment of any provision of this Consent Decree will be effective unless made in writing, approved by all parties to this Consent Decree, and approved or ordered by the Court (unless a different procedure is specifically provided for herein with respect to particular provisions).

6. This Consent Decree constitutes the complete understanding between EEOC and BHT with respect to the matters herein. No other agreement may supersede or conflict with this Consent Decree and EEOC shall not be a party to any such agreement.

7. If one or more of the provisions contained herein are deemed or rendered unlawful or unenforceable, the Parties shall make good faith efforts to agree upon appropriate amendments to this Consent Decree in order to effectuate its purposes. In any event, the remaining provisions will remain in full force and effect unless the purposes of the Consent Decree cannot, despite the Parties' best efforts, be achieved.

8. This Consent Decree fully and finally resolves any and all claims asserted in the Complaint filed by EEOC in this action styled *EEOC v. BHT Constructions LLC*, No. 19-cv-62145-WPD-LSS (S.D. Fla.), which arose from EEOC Charge No. 510-2018-01355 filed by Ms. Bendel.

9. The Parties acknowledge that this Consent Decree does not resolve any charges of discrimination that may be pending with EEOC against BHT, or any charge that may be filed in the future, other than the charge listed above. EEOC reserves all rights to proceed regarding matters not covered in this Consent Decree.

10. The terms of this Consent Decree are, and shall be, binding upon BHT's present and future representatives, agents, directors, officers, successors, assigns, subsidiaries, affiliates, and any other corporations or entities into which BHT may merge, or with which it may consolidate.

## II. **FINDINGS**

11. Having carefully examined the terms and provisions of this Consent Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

   a. This Court has jurisdiction over the subject matter of this action and the Parties, venue is proper, and all administrative prerequisites have been met.

   b. The Court shall retain jurisdiction to enforce this Consent Decree and its terms for all purposes including, but not limited to, entering of all orders, judgments, and decrees as necessary to implement the relief provided herein for the duration of this Consent Decree.

   c. A breach of any term of this Consent Decree by BHT shall be deemed a substantive breach of this Consent Decree for which EEOC may bring an enforcement action. No party shall contest the validity of this Consent Decree,

      or the jurisdiction of the Federal District Court to enforce this Consent Decree and its terms.

   d. The terms of this Consent Decree are adequate, reasonable, equitable, and just.

   e. The rights of the Parties, Charging Party, and the public interest are adequately protected by this Consent Decree.

   f. This Consent Decree conforms with the Federal Rules of Civil Procedure, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, and is not in derogation of the rights or privileges of any person.

   g. The entry of this Consent Decree will further the objectives of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, and is in the best interests of the Parties, Charging Party, and the public.

In consideration of the mutual promises and agreements contained in this Consent Decree, the sufficiency of which is hereby acknowledged, the Parties agree and the Court finds appropriate, and it is therefore **ORDERED, ADJUDGED, and DECREED AS FOLLOWS**:

### III. DURATION OF THE CONSENT DECREE & RETENTION OF JURISDICTION

12. All provisions of this Consent Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of five (5) years, which period commences immediately following entry of the Consent Decree, provided, however, that if, at the end of the five (5) year period, any disputes remain unresolved, the term of the Consent

Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Consent Decree) until such time as all such disputes have been resolved.

13. BHT shall bear all costs incurred by EEOC caused by BHT's non-compliance with this Consent Decree, including, but not limited to, any and all costs arising out of EEOC's efforts to enforce this Consent Decree and/or remedy any breach in this Court.

### IV. **MONETARY RELIEF**

14. BHT shall pay total, exclusive, and voluntary monetary relief totaling **$38,000** to settle the claims asserted by EEOC in its Complaint. Such payments, as detailed below, shall be made to Charging Party Colleen Bendel. It is acknowledged that this monetary relief agreed to in settlement of damages, as set forth herein, constitutes a debt owed to and collectible by the United States.

15. The monetary relief shall be paid by BHT to Ms. Bendel in installments as follows:

   a. The first installment shall be paid by BHT to Ms. Bendel within ten (10) calendar days of the entry of this Consent Decree in the gross amount of $12,666.66 representing compensatory damages, for which BHT shall issue an IRS Form 1099 as set forth in Paragraph 16;

   b. The second installment shall be paid by BHT to Ms. Bendel within forty (40) calendar days of the entry of this Consent Decree in the gross amount of $12,666.67 representing compensatory damages, for which BHT shall issue an IRS Form 1099 as set forth in Paragraph 16;

   c. The third installment shall be paid by BHT to Ms. Bendel within seventy (70) calendar days of the entry of this Consent Decree in the gross amount of 12,666.67 representing compensatory damages for which BHT shall issue an IRS Form 1099 as set forth in Paragraph 16.

Prior to BHT paying the first payment under this Paragraph, EEOC shall obtain a Release in the form of Exhibit B to this Consent Decree, signed by Ms. Bendel and provide a copy to BHT.

16. BHT will be solely responsible for paying the employer share of any costs, taxes, or Social Security required by law. BHT will issue Ms. Bendel an IRS Form 1099 for compensatory damages. The checks will be mailed by overnight delivery, or mailed by certified mail (return receipt requested) to Ms. Bendel at an address to be provided by EEOC. IRS forms will be mailed by certified mail (return receipt requested) to Ms. Bendel at an address to be provided by EEOC. BHT will simultaneously forward a copy of the checks and IRS forms to the attention of Robert Weisberg, Beatriz Biscardi Andre, and Robert Adler, "Re: BHT Consent Decree," at U.S. Equal Employment Opportunity Commission, Miami District Office, Miami Tower, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131, and to robert.weisberg@eeoc.gov, beatriz.andre@eeoc.gov, and robert.adler@eeoc.gov.

17. If Ms. Bendel fails to timely receive any of the payments described above, BHT shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. § 6621(b) until the same is paid, in addition to any other remedies available under this Consent Decree.

18. In the event of default in the payment of any payment to Ms. Bendel when due as herein provided in Paragraphs 14 and 15, time being of the essence, EEOC may, after

providing BHT with notice of default and a ten (10) calendar day opportunity period to cure the default, declare the entire unpaid balance of the full monetary relief immediately due and payable, and proceed to enforce all rights and remedies under law or equity under this Consent Decree. The late or non-conforming tender of any payment by BHT shall not act to revive, or reinstate, the right to make periodic payments, or to defer payment of the total, and any payments received after the default and expiration of the applicable cure period, shall be applied on account of the accrued interest and the balance to principal and without a waiver of the default herein or the right to collect the accelerated balance. Notice of default pursuant to this Paragraph shall be given by email to BHT through its counsel at adi@defenderofbusiness.com and dallan@defenderofbusiness.com. The cure period set forth herein begins to run on the business day after the default notice is emailed.

## V. **INJUNCTIVE RELIEF**

19.     Nothing in this Consent Decree shall be construed to limit or reduce BHT's obligation to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* ("Title VII"); Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, as amended; the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-633a, as amended; the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d); and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. § 2000f.

## NO DISCRIMINATORY PRACTICES

20. BHT shall take all affirmative steps to ensure that it does not subject its applicants for employment, employees, or independent contractors to sex discrimination, or retaliate against such individuals for engaging in protected activity.

21. BHT, its owners, representatives, agents, managers, officers, supervisors, employees, partners, successors and assigns, are enjoined from engaging in, encouraging or permitting unlawful conduct that discriminates on the basis of sex, including, but not limited to sex discrimination based on paternalistic notions, assumptions, and/or stereotypes about women.

## EQUAL EMPLOYMENT OPPORTUNITY RECRUITING.

22. BHT shall indicate that it is an equal opportunity employer that employs persons regardless of sex, race, religion, color, national origin, disability, age (40 and over), veteran status, and other protected status as required by applicable law on its website, in all job advertisements, and postings for all job vacancies, and in a statement to this effect in a visible area at its offices and worksites and in areas frequented by applicants for employment.

## ADOPTION AND DISTRIBUTION OF POLICY REGARDING SEX DISCRIMINATION

23. Within thirty (30) calendar days of the entry of this Consent Decree, BHT shall create a policy against sex discrimination (the "Policy"). The Policy must clearly define rights and prohibited conduct and specifically prohibit discrimination against all applications for employment, employees, and independent contractors, on the basis of sex. A copy of the Policy will be provided to EEOC for review within thirty (30) calendar days of the entry of this Consent Decree.

24.     Within seven (7) calendar days of the Policy adoption, BHT shall distribute copies of the Policy to each of its employees, managers, and independent contractors. Additionally, a copy of the Policy shall be distributed to all applicants for employment with BHT. A copy of the Policy shall also be included in any relevant BHT policy or employee manual or handbook. The Policy must be kept and maintained in a conspicuous and accessible place for all applicants for employment, employees, and independent contractors, and printed in a font that is easily legible (at least 12 point font).

## MANAGEMENT TRAINING

25.     BHT shall provide all owners/members, managers, and supervisors with semi-annual, live, in-person training on sex discrimination during the term of this Consent Decree. Each training shall last a minimum of one (1) hour. The first training shall take place within ninety (90) calendar days of the Court's approval of this Consent Decree. The remainder of the training sessions shall take place semi-annually. One training shall take place no later than June 1, and the second training shall take place no later than December 1 of each year throughout the duration of the Consent Decree. Each training shall be provided by an independent Subject Matter Expert ("SME") agreed to by EEOC. EEOC will not unreasonably withhold approval of a SME.

26.     Each training shall include the following: (1) an explanation of unlawful sex discrimination and the laws protecting applicants of employment and employees from it; (2) a discussion of unlawful sex discrimination based on paternalistic notions, assumptions, and/or stereotypes about women; and (3) review of BHT's policies and procedures with respect to anti-discrimination and anti-retaliation.

27. During this training, BHT shall provide all owners/members, managers, and supervisors with a copy of BHT's Policy.

28. BHT shall notify EEOC at least two (2) weeks before each training of the date(s), time, and location of the training. BHT further agrees to video record the training and provide EEOC with a copy of that video recording within two (2) weeks after the training. BHT also agrees to provide EEOC with any and all copies of pamphlets, brochures, outlines, or other written materials to be provided to the participants of the training sessions. BHT agrees that EEOC may, at EEOC's discretion, be in attendance at any training session; however, BHT is not required to coordinate such training session with the EEOC.

## TRAINING OF NON-MANAGERIAL EMPLOYEES

29. BHT shall provide all non-managerial personnel with an annual, live, in-person training on sex discrimination during the term of this Consent Decree. Each training shall last a minimum of one (1) hour. The first training shall take place within ninety (90) days of the Court's execution of this Consent Decree. The remainder of the training sessions shall take place annually and no later than December 1 of each year throughout the duration of the Consent Decree. Each training shall be provided by an independent Subject Matter Expert ("SME") agreed to by EEOC. EEOC will not unreasonably withhold approval of a SME.

30. This training shall be separate and apart from the management training described Paragraphs 25-28, above.

31. Each training shall include the following: (1) an explanation of unlawful sex discrimination and the laws protecting applicants and employees from it; (2) a discussion of sex discrimination based on paternalistic notions, assumptions, and/or stereotypes about

women; (3) review of BHT's policies and procedures with respect to anti-discrimination and anti-retaliation.

32. During this training, BHT will provide all non-supervisory employees with a copy of its Policy.

33. BHT agrees to notify EEOC at least two (2) weeks before each training of the date(s), time, and location of the training. BHT further agrees to video record the training and provide EEOC with a copy within two (2) weeks after the training. BHT also agrees to provide EEOC with any and all copies of pamphlets, brochures, outlines, or other written materials to be provided to the participants of the training sessions. BHT agrees that EEOC may, at EEOC's discretion, be in attendance at any training session; however, BHT is not required to coordinate such training session with the EEOC.

## MONITORING AND REPORTING

34. BHT will provide EEOC with twice-annual reports for a period of five (5) years following the Effective Date of this Consent Decree. The first reports will be due six (6) months from the date that the Court's execution of this Consent Decree is entered, and thereafter on March 1 and September 1 of each year throughout the duration of this Consent Decree. BHT shall provide EEOC with a total of ten (10), twice-annual, reports, irrespective of when the Consent Decree expires. Each report shall contain:

  a. A description of each sex discrimination complaint made by any BHT manager, employee, independent contractor, and/or applicant for employment, including the names, addresses, and telephone numbers of the complaining party and any witnesses identified by the complaining party;

    b. Any and all action taken in response to each complaint, and any written statements obtained or provided by the complaining party and/or witnesses;

    c. A certification that the Notice required to be posted pursuant to Paragraph 38 of this Consent Decree remained posted during the entire six (6) month period preceding the report;

    d. Provide a roster identifying individuals who submitted employment applications (whether online or through hard copy) during the reporting period. For each individual on the roster, include the following information: include applicant name, contact information, sex, position(s) applied for, and whether BHT extended an offer of employment to the individual; and

    e. A certification that BHT has complied with record preservation obligations under Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c).

35. BHT will make all employees available to EEOC for interviews in connection with any information reported pursuant to Paragraph 34(a) and (b) of this Consent Decree, or for purposes of determining and/or monitoring BHT's compliance with this Consent Decree.

36. Once per year, EEOC may review BHT's compliance with this Consent Decree by inspecting its worksites, facilities, and/or offices, interview its management and employees, and examine and copy BHT's documents, including employment applications.

37. Any reports or notices to EEOC required by this Consent Decree shall be sent to the attention of Robert Weisberg, Beatriz Biscardi Andre, and Robert Adler, "Re: BHT Consent Decree," at U.S. Equal Employment Opportunity Commission, Miami Tower, 100

S.E. 2nd Street, Suite 1500, Miami, Florida 33131 and to robert.weisberg@eeoc.gov, beatriz.andre@eeoc.gov, and robert.adler@eeoc.gov.

## POSTING OF NOTICE

38.     Within seven (7) calendar days from the Court's execution of this Consent Decree, BHT shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as "Exhibit A" to this Consent Decree (the "Notice") at BHT's facilities at conspicuous locations easily accessible to, and commonly frequented by, BHT's employees, independent contractors, and applicants for employment (*e.g.*, next to the reception desk, in the lunch room/cafeteria, in locker rooms). The Notice shall remain posted for the entire term of this Consent Decree. BHT shall take all reasonable steps to ensure that the postings are not altered, defaced, or covered by any other material. Within fifteen (15) calendar days from the Court's entry of this Consent Decree, BHT shall certify to EEOC in writing that the Notice has been properly posted as described herein and provide to EEOC digital photos of the postings.

## MISCELLANEOUS PROVISIONS

39.     Nothing contained in this Consent Decree will be construed to limit any obligation BHT may otherwise have to maintain records under Title VII or any other law or regulation.

## DOCUMENT AND DATA RETENTION

40.     Notwithstanding the expiration of the other provisions of this Consent Decree, for one (1) calendar year after the expiration of the term of this Consent Decree, BHT shall retain all documents or data made or kept under this Consent Decree. BHT shall provide such documents or data to EEOC within ten (10) business days after receiving EEOC's written

request, provided the same is received by BHT no later than fifteen (15) days after the expiration of such one-year period.

## DISPUTE RESOLUTION

41. In the event that either party believes that the other party has failed to comply with any provisions of the Consent Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and afford the alleged non-complying party ten (10) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has complied. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within ten (10) calendar days, the complaining party may apply to the Court for appropriate relief.

42. The dispute resolution provision is not applicable to the monetary provisions of this Consent Decree.

## NOTIFICATION TO SUCCESSORS

43. BHT shall provide prior written notice of this lawsuit and a copy of the Complaint and this Consent Decree to any potential purchasers, successors, assigns, subsidiaries, affiliates, or any other corporation, entity, or division with which BHT may merge or consolidate. All such entities shall be bound by this Consent Decree.

## NO CONDITIONAL RECEIPT

44. BHT will not condition the receipt of individual relief on an individual's agreement to: (a) maintain as confidential the terms of this Consent Decree; (b) waive his or

her statutory right to file a charge with any federal or state anti-discrimination agency; or (c) waive his or her right to apply for a position, directly or indirectly, with BHT.

**SO ORDERED, ADJUDGED AND DECREED,** this ___ day of _____ 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

**AGREED TO:**

For Plaintiff U.S. Equal Employment Opportunity Commission:

By: _____     Date: _____
ROBERT E. WEISBERG
Regional Attorney
U.S. EEOC
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Tel: 305-808-1801
robert.weisberg@eeoc.gov
*Attorney for Plaintiff U.S. EEOC*

For Defendant BHT Constructions LLC:

By: _____     Date: 3/13/2020
    Ariel Edry
Title: Manager

As to form:

By: _____     Date: 3/13/2020

# **EXHIBIT A**

## NOTICE REGARDING EMPLOYMENT AND HIRING

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court in *E.E.O.C. v. BHT Constructions LLC*, No. 19-cv-62145-WPD-LSS (S.D. Fla.). In this case, the plaintiff alleged that BHT discriminated against a female applicant for employment because of her sex by failing to hire her. The plaintiff further alleged that BHT failed to make and preserve employment records. BHT denied these allegations and are committed to complying with all applicable laws as set forth below.

Title VII of the Civil Rights Act of 1964 ("Title VII") protects individuals from employment discrimination because of sex. BHT will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws, including, but not limited to, sex discrimination. It is the policy of BHT to treat employees, independent contractors, and applicants for employment equally, regardless of sex, race, color, religion, national origin, age, disability, or pregnancy status. BHT will adhere to its policy of prohibiting intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act ("ADEA"), the Genetic Information Non-Discrimination Act ("GINA"), the Equal Pay Act ("EPA") of 1963, and/or the Americans with Disabilities Act ("ADA").

BHT also assures their employees, independent contractors, and applicants for employment that BHT's commitment to following these federal laws includes not taking any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with EEOC. BHT will take appropriate corrective action against any employee (including management personnel) or independent contractor found to have violated its policy prohibiting discrimination and retaliation in any form.

EEOC enforces the federal laws against discrimination in employment on the basis of sex, disability, race, color, religion, national origin, and age. If you believe you have been discriminated against, you may contact EEOC at (305) 808-1740. EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for five (5) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice may be directed to: BHT Consent Decree, c/o Robert Weisberg, Beatriz Biscardi Andre, and Robert Adler, U.S. Equal Employment Opportunity Commission, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131 or robert.weisberg@eeoc.gov, beatriz.andre@eeoc.gov, or robert.adler@eeoc.gov.

Date: _____, 2020

# **EXHIBIT B**

**Release**

In consideration for $38,000 paid to me by BHT, in connection with the resolution of EEOC Charge Number _____, I waive my right to recover for any claims of unlawful employment practices on the basis of sex under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 that I had against BHT prior to the date of this release and that were included in the claims alleged in EEOC's complaint in the case styled EEOC v. BHT Constructions LLC, Case No. 1:19-cv-62145-WPD in the District Court in the Southern District of Florida.

DATE: _____

BY:   _____