UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62145-CIV-DIMITROULEAS

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

vs.

BHT CONSTRUCTIONS LLC,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE**

THIS CAUSE is before the Court on the Joint Motion for Approval and Entry of Consent Decree [DE 15] ("Joint Motion"), filed on March 13, 2020. The Court has carefully considered the Joint Motion and the Consent Decree [DE 15-1] and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval and Entry of Consent Decree [DE 15] is hereby **GRANTED**.

2. The Consent Decree [DE 15-1] is hereby **APPROVED** and **ENTERED**.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record